UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY B.[1],

                  Plaintiff,               Civil Action No. 25-10800

v.                                   David R. Grand[2]
                                   United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,
                  Defendant.
_____/

## **JUDGMENT**

For the reasons set forth in the Opinion and Order issued on this date (ECF No. 13), the Court granted the Commissioner's motion for summary judgment (ECF No. 11) and denied Plaintiff Jeffrey B.'s motion for summary judgment (ECF No. 9).

Accordingly, **IT IS ORDERED AND ADJUDGED** that judgment be and is hereby granted for the Commissioner and against Plaintiff, and that this action is **DISMISSED WITH PREJUDICE**.  Costs to be permitted in accordance with law.

Dated: March 30, 2026                  s/David R. Grand_____
Ann Arbor, Michigan               DAVID R. GRAND
                                United States Magistrate Judge

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants only by their first names and last initials.

[2] The parties have consented to the undersigned exercising jurisdiction over all proceedings in this civil action pursuant to 28 U.S.C. § 636(c).  (ECF No. 5).

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2026.

s/Julie Owens
JULIE OWENS
Case Manager

2